UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DARREN EARL VAUGHAN**,　　　　　　　　　　Case No. 2:13-cv-00963-KI

　　　　　　Petitioner,　　　　　　　　　　　　JUDGMENT

　　v.

**MARK NOOTH**,

　　　　　　Respondent.


　　Thomas J. Hester
　　Assistant Federal Public Defender
　　101 SW Main Street, Suite 1700
　　Portland, Oregon 97204

　　　　Attorney for Petitioner


　　Ellen F. Rosenblum
　　Attorney General
　　Nick M. Kallstrom
　　Assistant Attorney General

Page 1 - JUDGMENT

Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096

       Attorneys for Respondent

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus [8] is denied. This proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this   30th   day of June, 2015.


                                                      /s/ Garr M. King
                                             Garr M. King
                                             United States District Judge